NEWMEYER & DILLION LLP
Charles S. Krolikowski, CBN 185177
Leonard Polyakov, CBN 145193
Jason Moberly Caruso, CBN 287809
895 Dove Street, Fifth Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiffs
ANGEL RAMIREZ (aka Angel Cadena)
and ALBERTO RAMIREZ

James E. Brown, Assistant County Counsel (State Bar No. 162529)
Kelly A. Moran, Deputy County Counsel (State Bar No. 267147)
OFFICE OF COUNTY COUNSEL – RIVERSIDE
3960 Orange Street, Suite 500
Riverside, CA 92501-3674
Tel: (951) 955-6300
Fax: (951) 955-6363

Douglas C. Smith (State Bar No. 160013)
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, CA 92501
Tel: (951) 509-1355
Fax: (951) 509-1356

Attorneys for Defendant
COUNTY OF RIVERSIDE (and erroneously sued as COUNTY OF RIVERSIDE DEPARTMENT OF PUBLIC SOCIAL SERVICES, CHILDREN'S SERVICES DIVISION)

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ANGEL RAMIREZ (aka Angel Cadena), individually and as successor in interest, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | CASE NO.: 5:20-cv-00369-JFW-KK<br>JUDGE: Hon. John F. Walter<br>CTRM: 7A<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFFS' FEDERAL CLAIM AND REMANDING ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br><br>[*Filed Concurrently with [Proposed] Order*]<br><br>FILE DATE: February 10, 2020<br>REMOVAL DATE: February 24, 2020<br>TRIAL DATE SET: No Date Set |

4440.101 / 8669781.1

[~~PROPOSED~~] ORDER DISMISSING PLAINTIFFS' FEDERAL CLAIM AND REMANDING ACTION

Pursuant to the stipulation of all parties, and good cause having been shown, the Court hereby orders as follows:

1. Plaintiffs ANGEL RAMIREZ and ALBERTO RAMIREZ's ("Plaintiffs") sixth cause of action for violation of 42 U.S.C. § 1983 is dismissed as to all defendants, including defendant COUNTY OF RIVERSIDE (the "County");

2. Plaintiffs and the County will bear their own attorneys' fees and costs as to Plaintiffs' claim for violation of 42 U.S.C. § 1983, with no party determined to be the prevailing party as to that claim; and

3. This action in its entirety is remanded to the Superior Court of California, County of Riverside forthwith.

IT IS SO ORDERED.

DATED: March 5, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT